IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT LEE ALLEN | Civil Action No. 1:23-cv-00698 |
| Plaintiff, | District Judge Robert J. Colville<br>Magistrate Judge Maureen P. Kelly |
| v. | |
| UNITED STATES DEPARTMENT OF<br>JUSTICE U.S. MARSHALS, et al., | |
| Defendants. | *Filed Electronically* |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Dickie, McCamey & Chilcote, P.C., and Christopher J. Watson, Esquire as counsel on behalf of defendants, Heather Miller, Brenda DeNinno, Monica McCabe, and Brenda Bash, in the above-captioned action.

DICKIE, McCAMEY & CHILCOTE, P.C.

Dated: September 22, 2023     By:   */s/ Christopher J. Watson*
                                                Christopher J. Watson
                                                PA I.D. # 209340

                                                Two PPG Place, Suite 400
                                                Pittsburgh, PA 15222-5402
                                                cwatson@dmclaw.com
                                                (412) 281-7272

                                                Attorneys for Defendants,
                                                Wexford Health Sources, Inc., Nina Grossman,
                                                RN, Staci Rutan, HAS, Maria Depew, RN, Rebecca
                                                Rudd, MD, Heather Miller, Brenda DeNinno,
                                                Monica McCabe, and Brenda Bash

# **CERTIFICATE OF SERVICE**

I, Christopher J. Watson, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance has been served this 22nd day of September, 2023, by CM/ECF to counsel of record and by US First Class Mail to pro-se plaintiff, listed below:

| | |
|---|---|
| Marie Milie Jones, Esquire<br>Michael R. Lettrich, Esquire<br>JonesPassodelis, PLLC<br>Gulf Tower, Suite 3410<br>707 Grant Street<br>Pittsburgh, PA 15219<br>mjones@jonespassodelis.com<br>mlettrich@jonespassodelis.com<br>*Attorneys for Defendants Butler County Prison, Warden Joe Demore, Jennifer Passarelli, Justin Baptiste, and Captain Winters, Captain Tracey* | John R. Ninosky, Esquire<br>Marshall Dennehey<br>100 Corporate Center Drive, Suite 201<br>Camp Hill, PA 17011<br>*Attorneys for PrimeCare Medical, Inc.; Heather Miller, RN; Brenda Deninno, Administrative Assistant; Monica McCabe, LPN; and Brenda Bash, LPN* |

Robert Lee Allen (#035262)
Butler County Prison
202 S. Washington Street
Butler, PA 16001

DICKIE, McCAMEY & CHILCOTE, P.C.

By: */s/ Christopher J. Watson*
 Christopher J. Watson

Attorneys for Defendants,
Wexford Health Sources, Inc., Nina Grossman, RN, Staci Rutan, HAS, Maria Depew, RN, Rebecca Rudd, MD, Heather Miller, Brenda DeNinno, Monica McCabe, and Brenda Bash